

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

FILED

5/20/11

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

cmcs

# FINAL DECREE

Case Number:   11-21449 - C - 7

Debtor Name(s), Social Security Number(s), and Address(es):

David Alan Husmann
xxx-xx-3707

5223 Del Vista Way
Rocklin, CA 95765

Sari Michelle Husmann
xxx-xx-9786

5223 Del Vista Way
Rocklin, CA 95765

OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:

David Husmann
Dave Husmann
David Husmann & Associates
Husmann & Associates
Husmann Appraisal Services

Sari Husmann
Sari M. Husmann

Trustee:   David Gravell
PO Box 9192
Truckee, CA 96162

Telephone Number:   530-587-1434

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
5/20/11

For the Court,
Wayne Blackwelder , Clerk